**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Guadalupe PERALES– GONZALEZ, Defendant– Appellant.**

**No. 06–41201 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

March 7, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Guadalupe Perales–Gonzalez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. As the Gov-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ernment notes, Perales–Gonzalez's request to remand the case for the district court to correct the judgment is moot. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court, as amended, is AFFIRMED.